IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **RICHARD LIDDY, SR.** | ) | CASE NO. 1:07 CV 3165 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| | ) | **Magistrate Judge Kenneth S. McHargh** |
| | ) | |
| **WAYNE BAUMGART, et al.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Court hereby ADOPTS the Report and Recommendation of Magistrate Judge McHargh (Document #16) in its entirety. Accordingly, the Motion to Dismiss filed by Defendants James Tavano, Joseph Megyesi, David Perez and John Fisher (Document #12) is GRANTED

The referral of this case to Magistrate Judge McHargh remains in effect as to the remaining Defendant, City of Kirtland.

IT IS SO ORDERED.

                                                              s/ Donald C. Nugent
                                                              DONALD C. NUGENT
                                                              United States District Judge

DATED: April 28, 2008